**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1335

MARGARET KINNALLY,

Plaintiff - Appellant,

versus

MARRIOTT INTERNATIONAL, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   Patrick Michael Duffy, District
Judge.  (9:04-cv-02065-PMD)

Submitted:  August 31, 2006        Decided:  October 11, 2006

Before MICHAEL, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Margaret Kinnally, Appellant Pro Se.  Catherine Brawley Templeton,
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC, Charleston, South
Carolina; Charles Edward Engeman, OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, LLC, St. Thomas, Virgin Islands, for Appellee

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Margaret Kinnally appeals the district court's orders adopting the recommendation of the magistrate judge and granting summary judgment to Marriott in her civil action alleging employment discrimination based on age and denying Kinnally's motion to alter or amend the judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Kinnally v. Marriott Int'l, Inc., No. 9:04-cv-02065-PMD (D.S.C. Jan. 5, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED